UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>               Plaintiff,<br><br> v.<br><br>H&S LBSE INC dba 7-ELEVEN #22736G, et al.,<br><br>               Defendants. | Case No. 1:26-cv-01608-KES-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>(ECF No. 5) |

On March 19, 2026, Plaintiff filed a notice of voluntarily dismissal of the action, dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 5).

As Defendants have not filed an answer or a motion for summary judgment, nor have any counterclaims been asserted, this action shall be dismissed with prejudice. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines and proceedings and then close the case.

IT IS SO ORDERED.

Dated:   **March 27, 2026**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

1